**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

_____

| | |
|---|---|
| STAR EQUITY FUND, LP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 1:25-cv-00677-SAG |
| | ) |
| FIRSTHAND CAPITAL | ) |
| MANAGEMENT, INC., et al., | ) |
| | ) |
| Defendants. | ) |

_____

### _MOTION OF DEFENDANTS FIRSTHAND CAPITAL MANAGEMENT, INC., KEVIN LANDIS, AND OMAR BILLAWALA TO DISMISS COMPLAINT_

Defendants Firsthand Capital Management, Inc. ("Firsthand"), Kevin Landis, and Omar Billawala, by their undersigned counsel, move for the reasons set forth in the accompanying Memorandum of Points and Authorities to dismiss the Complaint against each of them as to Counts I, II, and III.  Firsthand also moves for dismissal as to Count IV.

Respectfully submitted,

_/s/ Paul F. Evelius_____
Paul F. Evelius (Bar No. 05754)
WRIGHT CONSTABLE & SKEEN, LLP
1 Olympic Place, 8th Floor
Baltimore, Maryland 21204
Tel. (443) 762-1015
pevelius@wcslaw.com

and

Daniel J. Muller
VENTURA HERSEY & MULLER, LLP
1506 Hamilton Avenue
San Jose, CA 95125
Tel. (408) 512-3025
dmuller@venturahersey.com
(Admitted _Pro Hac Vice_)

Counsel for Defendants Firsthand Capital
Management, Inc., Kevin Landis, and Omar
Billawala

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 18th day of September 2025, the foregoing Motion of
Defendants Firsthand Capital Management, Inc., Kevin Landis, and Omar Billawala To Dismiss
Complaint and the accompanying Memorandum of Points and Authorities were served through
the Court's ECF system upon all counsel of record.


_/s/ Paul F. Evelius_
Paul F. Evelius

2