**Civil Action No. 1:25-cv-00677-SAG**

---

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MARYLAND**

---

**STAR EQUITY FUND, LP**

**Plaintiff**

**v.**

**FIRSTHAND CAPITAL MANAGEMENT, INC. et. al.**

**Defendants**

---

**MEMORANDUM OF DEFENDANTS FIRSTHAND CAPITAL MANAGEMENT, INC., KEVIN LANDIS, AND OMAR BILLAWALA IN REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Respectfully submitted,

*/s/ Paul F. Evelius*

Paul F. Evelius (Bar No. 05754)
WRIGHT CONSTABLE & SKEEN, LLP
1 Olympic Place, 8th Floor
Baltimore, Maryland 21204
Tel. (443) 762-1015
pevelius@wcslaw.com

Daniel J. Muller
VENTURA HERSEY & MULLER, LLP
1506 Hamilton Avenue
San Jose, CA 95125
Tel. (408) 512-3025
dmuller@venturahersey.com
(Admitted *Pro Hac Vice*

Counsel for Defendants Firsthand Capital Management, Inc., Kevin Landis, and Omar Billawala

Defendants Firsthand Capital Management, Inc. ("Firsthand"), Kevin Landis ("Mr. Landis"), and Omar Billawala ("Mr. Billawala"), through counsel, submit this memorandum in reply to the opposition (the "Opposition," ECF 54) filed by Plaintiff Star Equity Fund, LP ("Star Equity" or "Plaintiff") and in further support of Defendants' motion to dismiss (the "Motion," ECF 38, and the related "Memorandum," ECF 38.1).

## I.    ARGUMENT

As the Court is aware, Star Equity has sued Firsthand, Mr. Landis, and Mr. Billawala derivatively on behalf of the Fund.  It initially alleged the following counts against Firsthand, Mr. Landis, and Mr. Billawala: (I) violations of Section 10(b) of the Securities Exchange Act of 1934; (II) violations of Section 20(a) of the Securities Exchange Act of 1934; and (III) breach of fiduciary duties.  Star Equity also asserted a direct cause of action against Firsthand (Count IV) as a purported third-party beneficiary of the IAA.  After Firsthand, Mr. Landis, and Mr. Billawala filed their motion seeking dismissal of each of the counts asserted against them, Star Equity voluntarily dismissed the breach of fiduciary duty claim (Count III) and the breach of contract claim (Count IV).

The only remaining claims against Firsthand, Mr. Landis, and Mr. Billawala, therefore, are for alleged violations of Section 10(b) of the Exchange Act (Count I) and for alleged violations of Section 20 of The Exchange Act (Count II).  Firsthand, Mr. Landis, and Mr. Billawala reiterate that Counts I and II must be dismissed as to them for the reasons set forth in the *Motion of Nominal Defendant Firsthand Technology Value Fund, Inc. and Independent Directors To Dismiss Counts I, II, and III* and the *Memorandum of Points and Authorities* (ECF 36.1) which those Defendants have filed in support of that Motion.  Firsthand, Mr. Landis, and Mr. Billawala further submit that Counts I and II must be dismissed as to them for the reasons set

forth in the *Memorandum Of Firsthand Technology Value Fund, Inc. and Independent Directors In Reply To Plaintiff's Opposition And Further Support of Dismissal* (ECF, 63).  Accordingly, as to those Counts, Firsthand, Mr. Landis, and Mr. Billawala join in that *Reply Memorandum* which were filed on February 26, 2026 and are incorporated herein by reference as if set forth in full.

## II.  CONCLUSION

Defendants Firsthand, Mr. Landis, and Mr. Billawala respectfully submit, for the reasons set forth above, that the Complaint and remaining claims asserted against them should be dismissed.

Dated February 26, 2026                              Respectfully submitted,


/s/ Paul F. Evelius
Paul F. Evelius (Bar No. 05754)
WRIGHT CONSTABLE & SKEEN, LLP
1 Olympic Place, 8th Floor
Baltimore, Maryland 21204
Tel. (443) 762-1015
pevelius@wcslaw.com

and

Daniel J. Muller
VENTURA HERSEY & MULLER, LLP
1506 Hamilton Avenue
San Jose, CA 95125
Tel. (408) 512-3025
dmuller@venturahersey.com
(Admitted *Pro Hac Vice*
Counsel for Defendants Firsthand Firsthand
Capital Management, Inc., Kevin Landis,
and Omar Billawala